IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | |
|---|---|
| JOSHUA ERICK WILLIAMS, | ) |
| Plaintiff, | ) |
| v. | ) CV 119-075 |
| SOCIAL SECURITY ADMINISTRATION, | ) |
| Defendants. | ) |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. (Doc. nos. 8, 11.) Also before the Court is also Plaintiff's "Motion on Admiralty Action," in which he requests summons with which to serve Defendants. (Doc. no. 12.) Because Plaintiff's complaint fails to state a claim, service of the complaint on Defendants is not appropriate. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DENIES** Plaintiff's motion, (doc. no. 12), **DISMISSES** this case, and **CLOSES** this civil action.

SO ORDERED this 27th day of June, 2019, at Augusta, Georgia.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA