IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

JOSHUA ERICK WILLIAMS,           )
                                 )
    Plaintiff-Appellant,         )
                                 )   Case No.: CV 119-075
vs.                              )
                                 )   Appeal No.: 19-12550-A
SOCIAL SECURITY                  )
ADMINISTRATION,                  )
                                 )
    Defendant-Appellee.          )

**O R D E R**

The appeal in the above-styled action having been dismissed by the United States Court of Appeals for the Eleventh Circuit for want of prosecution,

**IT IS HEREBY ORDERED** that the mandate order of the United States Court of Appeals for the Eleventh Circuit is made the order of this Court.

**SO ORDERED**, this ___15th___ day of November 2019.

HONORABLE J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA